IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| MARY WILLIAMS, et al., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 1:02CV877-T |
| | ) | [WO] |
| NATIONAL SECURITY INSURANCE | ) | |
| COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER ON MOTION**

The settlement of this case has been pending for several weeks. Although the court is mindful of counsel's and the parties' efforts to secure the necessary signatures to the agreement(s), and although that process has been understandably compromised by distance and weather and storm conditions in the region where the prospective signatories have their principal offices, effective judicial administration now requires the court to establish reasonable deadlines for further processing of this case.

Toward that end, since the parties initially notified the court of their impending settlement, the court has had several in-person and telephone status conferences with counsel to determine the likelihood that full settlement can be reached. This is a class action, brought on behalf of diverse and geographically disparate parties; counsel and the parties acknowledge that a trial in this case would consume considerably more time and resources from everyone who has appeared. Thus counsel, the parties, and the court have a paramount interest in settling the litigation.

Toward that end, the court engaged, with counsel's consent, in a further telephone conference with counsel for the defendant, Richard A. Ball, Jr., Esq., and the Alabama Commissioner of Insurance, Walter Bell, on 10 November 2005 to ascertain their understanding of the willingness of the remaining necessary signatories to execute the agreement. Based upon his representations, and the previous representations of counsel at the cited status conferences, and for good cause, it is

ORDERED that, on or before 2 December 2005, the parties shall file with the Clerk of the court a Notice of Final Settlement and Full Execution of Agreement by All Interested Parties. In the notice, the parties shall set forth all of the information required to enable the court to proceed with final disposition of this case.

DONE this 14th day of November, 2005.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE